# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TYLA D., pseudonymously,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MANDALAY RESORT GROUP, LLC; MGM GRAND HOTEL, LLC; LAS VEGAS SANDS CORP.; and BOYD GAMING CORPORATION,<br><br>Defendants. | Case No. 2:24-cv-00698-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR LAS VEGAS SANDS CORP. TO RESPOND TO PLAINTIFF'S COMPLAINT (ECF. NO. 1)**<br><br>**(FIRST REQUEST)** |

Defendant LAS VEGAS SANDS CORP. ("the Sands") and Plaintiff TYLA D. ("Tyla"), through their respective counsel of record, hereby stipulate and agree as follows:

1. On April 10, 2024, Tyla commenced this case by filing her Complaint. ECF No. 1.

2. On April 15, 2024, Tyla served her Complaint on the Sands.

3. To provide the Sands and its recently retained counsel with sufficient time to review and respond to Tyla's allegations, Tyla and the Sands agree that the Sands shall have up to and including **June 6, 2024**, to respond to Tyla's Complaint.

4. Accordingly, the parties agree to extend the Sands' deadline to respond to the Complaint until **June 6, 2024**.

/ / /

/ / /

/ / /

1

5. This stipulation will not prejudice the parties' rights, nor will they impact other deadlines established in this case. This is the first request for a continuance of this deadline.

DATED this 6th day of May, 2024.

KEMP JONES LLP

By: */s/ Michael Gayan*
    Michael J. Gayan, Esq., SBN 11135
    3800 Howard Hughes Parkway, 17th Floor
    Las Vegas, Nevada 86169

*Attorney for Defendant Las Vegas Sands Corp.*

DATED this 6th day of May, 2024.

THE702FIRM

By: */s/ Michael Kane*
    Michael C. Kane, Esq., SBN 10096
    Bradley J. Myers, Esq., SBN 8857
    Joel S. Hengstler, Esq., SBN 11597
    8335 West Flamingo Road
    Las Vegas, Nevada 89147

    Geoffrey C. Parker, Esq.
    (*Pro Hace Vice forthcoming*)
    HILTON PARKER LLC
    7658 Slate Ridge Boulevard
    Reynoldsburg, Ohio 43068

*Attorneys for Plaintiff*

DATED: May 7, 2024

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE