KNIGHT & RYAN PLLC
Robert A. Ryan, #12084
Scott A. Knight, #9083
8880 W. Sunset Road. Ste. 130
Las Vegas, Nevada 89148
(702) 462-6083
(702) 462-6084 fax
robert@knightryan.com
scott@knightryan.com

DLA Piper LLP (US).
Angela C. Agrusa (*pro hac vice* application forthcoming)
angela.agrusa@dlapiper.com
2000 Avenue of the Stars, Suite 400
Los Angeles, California 90067-4704
(310) 595-3000
(310) 595-3300 fax

Ellen E. Dew (*pro hac vice* application forthcoming)
ellen.dew@us.dlapiper.com
650 S. Exeter Street Suite 1100
Baltimore, Maryland 21202-4576
(410) 580-3000
(410) 580-3001 fax

*Attorneys for Defendants MGM Resorts International, Inc., Mandalay Resort Group LLC and MGM Grand Hotel LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **Tyla D., a pseudonymous individual,**<br><br>        Plaintiff,<br><br>    v.<br><br>**MGM Resorts International, *et al.*,**<br><br>        Defendants. | Case No. 24-cv-00698-APG-BNW<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RELATING TO DEFENDANT'S PENDING MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

1  Plaintiff, Tyla D., Defendants MGM Resorts International; Mandalay Resort Group, LLC; MGM Grand Hotel, LLC; and Boyd Gaming Corporation (collectively the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

On May 6, 2024, Defendants filed their respective motions to dismiss Plaintiff's Complaint. (ECF Nos. 15, 18) (the "Motions to Dismiss").

On May 20, 2024, Plaintiff filed her Response in Partial Opposition to Defendants' Motions to Dismiss. (ECF No. 26).

Currently, the deadline for the Defendants to file their respective replies in support of the Motions to Dismiss is May 28, 2024.

The Parties hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendants to file their respective replies in support of the Motions to Dismiss by seven (7) days, making all replies due by June 4, 2024.

This is the first request to extend the reply deadline and is not designed for the purposes of delay.

IT IS SO STIPULATED.

Dated: May 23, 2024

| KNIGHT & RYAN | HILTON PARKER LLC |
|---|---|
| By: */s/ Robert A. Ryan*<br>Robert A. Ryan, Esq., Bar No. 12084<br>robert@knightryan.com<br>Scott A. Knight, Esq., Bar No. 9083<br>scott@knightryan.com<br>8880 W. Sunset Rd, Suite 130<br>Las Vegas, Nevada 89148<br><br>DLA PIPER LLP (US)<br>Angela C. Agrusa (*pro hac vice forthcoming*)<br>2000 Avenue of the Stars, Suite 400<br>Los Angeles, California 90067-4704<br><br>Ellen E. Dew (*pro hac vice forthcoming*)<br>650 S. Exeter Street, Suite 1100<br>Baltimore, Maryland 21202-4576<br><br>*Attorneys for Defendants MGM Resorts* | By: */s/ Geoffrey Parker*<br>Geoffrey Parker, Esq. (*Pro Hac Vice*)<br>7658 Slate Ridge Blvd.<br>Reynoldsburg, OH 43068<br><br>THE 702FIRM INJURY ATTORNEYS<br>Michael C. Kane, Esq., Bar No. 10096<br>Bradley J. Myers, Esq., Bar No. 8857<br>Joel S. Hengstler, Esq., Bar No. 11597<br>8335 West Flamingo Road<br>Las Vegas, Nevada 89147<br><br>*Attorney for Plaintiff, Tyla D.* |

*International, Inc., Mandalay Resort Group LLC and MGM Grand Hotel LLC*

PISANELLI BICE

By: */s/ Emily A. Buchwald*
Todd L. Bice, Esq., Bar No. 4534
Emily A. Buchwald, Esq., Bar No. 13442
400 S. 7th Street, Suite 400
Las Vegas, NV 89101

COVINGTON & BURLING LLP
Neil K. Roman (*pro hac vice forthcoming*)
Edward H. Rippey (*pro hac vice forthcoming*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

Amanda Kramer
The New York Times Building
620 Eighth Avenue
New York, NY 10018

*Attorneys for Defendant Boyd Gaming Corporation*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: May 28, 2024