**KEMP JONES**
Michael J. Gayan (SBN 11135)
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
Email: m.gayan@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager (Pro Hac Vice Forthcoming)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2550 | F: 973.520.2551
Email: david.sager@us.dlapiper.com

Kyle T. Orne (Pro Hac Vice Forthcoming)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
T: 480.606.5100 | F: 480.606.5101
Email: dlaphx@us.dlapiper.com

*Attorneys for Las Vegas Sands Corp. and Venetian Las Vegas Gaming, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TYLA D., pseudonymously,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MANDALAY RESORT GROUP, LLC; MGM GRAND HOTEL, LLC; LAS VEGAS SANDS CORP.; and BOYD GAMING CORPORATION,<br><br>Defendants. | Case No. 2:24-cv-00698-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AND TO EXTEND DEADLINE FOR VENETIAN LAS VEGAS GAMING, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT (ECF. NO. 1)**<br><br>**(SECOND REQUEST)** |

Defendant LAS VEGAS SANDS CORP. ("the Sands") and Plaintiff TYLA D. ("Tyla"), through their respective counsel of record, hereby stipulate and agree as follows:

1

**I.**

**STIPULATION**

1. Plaintiff filed the operative complaint in this matter on April 10, 2024.

2. Plaintiff's operative complaint names LAS VEGAS SANDS CORP. as a Defendant to this action.

3. The Parties agree to dismiss LAS VEGAS SANDS CORP. without prejudice.

4. The Parties agree to add VENETIAN LAS VEGAS GAMING, LLC as a Defendant in place of LAS VEGAS SANDS CORP. Counsel for LAS VEGAS SANDS CORP. also represents VENETIAN LAS VEGAS GAMING, LLC.

5. The Parties agree the case caption shall be updated to reflect the dismissal of LAS VEGAS SANDS CORP. and the addition of VENETIAN LAS VEGAS GAMING, LLC.

6. The Parties further agree that Plaintiff may, at her election, file a First Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure for the sole purpose of adding VENETIAN LAS VEGAS GAMING, LLC as a Defendant in place of LAS VEGAS SANDS CORP., without using its right to amend once as a matter of course within the meaning of Rule 15(a)(1).

7. On May 7, 2024, the Court approved the Parties' stipulation to extend LAS VEGAS SANDS CORP.'s deadline to respond to the complaint to June 6, 2024. ECF No. 22.

8. Due to the dismissal of LAS VEGAS SANDS CORP. and the addition of VENETIAN LAS VEGAS GAMING, LLC, the Parties agree to extend the deadline for VENETIAN LAS VEGAS GAMING, LLC to respond to the complaint until **June 13, 2024**.

/ / /

/ / /

1  IT IS SO STIPULATED.

2  DATED this 5th day of June, 2024.                          DATED this 5th day of June, 2024.

3  KEMP JONES LLP                                             THE702FIRM

4  */s/ Michael Gayan*                                        */s/ Michael Kane*
   Michael J. Gayan, Esq., SBN 11135                          Michael C. Kane, Esq., SBN 10096
5  3800 Howard Hughes Pkwy., 17th Fl.                         Bradley J. Myers, Esq., SBN 8857
   Las Vegas, Nevada 86169                                    8335 West Flamingo Road
6                                                             Las Vegas, Nevada 89147

7  DLA PIPER LLP (US)
   David S. Sager (*Pro Hac Vice pending*)                    Geoffrey C. Parker, Esq.
8  51 John F. Kennedy Parkway, Suite 120                      (*Pro Hace Vice pending*)
   Short Hills, New Jersey 07078                              HILTON PARKER LLC
9                                                             7658 Slate Ridge Boulevard
10 Kyle T. Orne (*Pro Hac Vice pending*)                      Reynoldsburg, Ohio 43068
   2525 East Camelback Road, Suite 1000
11 Phoenix, AZ 85016                                          *Attorneys for Plaintiff*

12 *Attorneys for Defendant Las Vegas
   Sands Corp. and Venetian Las Vegas
13 Gaming, LLC*

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

3

## II.

## ORDER

Based on the foregoing stipulation by the Parties, and for other good cause appearing,

**IT IS HEREBY ORDERED** that the Parties' Stipulation to dismiss LAS VEGAS SANDS CORP. and add VENETIAN LAS VEGAS GAMING, LLC is **GRANTED**.

**IT IS FURTHER ORDERED** that the caption in this matter shall reflect that VENETIAN LAS VEGAS GAMING, LLC is a Defendant and that LAS VEGAS SANDS CORP. is no longer a party to this action.

**IT IS FURTHER ORDERED** that Plaintiff may file a First Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Procedure without using its ability to amend once as a matter of course within the meaning of Rule 15(a)(1), providing the amendment is for sole purpose of substituting VENETIAN LAS VEGAS GAMING, LLC in place of LAS VEGAS SANDS CORP. as a Defendant in this matter.

**IT IS FURTHER ORDERED** that VENETIAN LAS VEGAS GAMING, LLC may respond to the complaint by June 13, 2024.

IT IS SO ORDERED.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: June 6, 2024