Todd L. Bice, Bar No. 4534
TLB@pisanellibice.com
Emily A. Buchwald, Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: (702) 214-2100

Neil K. Roman (Admitted *pro hac vice*)
nroman@cov.com
Edward H. Rippey (Admitted *pro hac vice*)
erippey@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000

Amanda Kramer (Admitted *pro hac vice*)
akramer@cov.com
Harrison A. Newman (Admitted *pro hac vice*)
hnewman@cov.com
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000

*Attorneys for Defendant Boyd Gaming Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TYLA D., pseudonymously,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MANDALAY RESORT GROUP, LLC; MGM GRAND HOTEL, LLC; BOYD GAMING CORPORATION; and VENETIAN LAS VEGAS GAMING, LLC,<br><br>Defendants. | CASE NO.: 2:24-cv-00698-APG-BNW<br><br>**STIPULATION TO VACATE DEADLINE TO FILE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |

1

Plaintiff Tyla D. and Defendants MGM Resorts International; Mandalay Resort Group, LLC; MGM Grand Hotel, LLC (the "MGM Parties"); Boyd Gaming Corporation ("Boyd"); and Venetian Las Vegas Gaming, LLC ("Venetian") (collectively the "Parties") hereby agree and stipulate as follows:

On June 20, 2024, the Parties stipulated that discovery should be stayed pending this Court's ruling on the then-pending motions to dismiss and that "[t]o the extent that the Court's decision on the motions to dismiss does not fully dispose of this matter, the Parties agree that a discovery plan and proposed scheduling order shall be due within 30 days of the Court's decision on the last of those motions" (ECF No. 50).

The next day, Magistrate Judge Weksler granted the stipulation (ECF No. 52).

On November 19, 2024, this Court dismissed Plaintiff's complaint without prejudice as to the MGM Parties and Boyd (ECF No. 58).

That same day, the Court also dismissed Plaintiff's complaint with prejudice as to Venetian, with the exception of her intentional infliction of emotional distress claim, which it dismissed without prejudice (ECF No. 59).

The Court at the same time granted Plaintiff leave to amend her complaint by December 20, 2024 (ECF No. 58).

On November 21, 2024, Magistrate Judge Weksler ordered the parties to file a proposed discovery plan and scheduling order by December 20, 2024, *i.e.,* the same day on which Plaintiff is to file any amended complaint (ECF No. 60).

In the interests of judicial economy and to avoid unnecessary attorneys' fees and costs, the Parties agree that the Order setting a deadline by which to file a proposed discovery plan and scheduling order should be vacated pending Plaintiff's decision whether to file an amended complaint. Good cause exists to vacate the deadline here because there are no pending claims before this Court.

IT IS SO STIPULATED.

DATED this 6th day of December 2024.

2

| | |
|---|---|
| By: /s/ Geoffrey Parker | By: /s/ Emily A. Buchwald |
| Michael C. Kane, Bar No. 10096 | Todd L. Bice, Bar No. 4534 |
| mike@the702firm.com | Emily A. Buchwald, Bar No. 13442 |
| Bradley J. Myers, Bar No. 8857 | PISANELLI BICE PLLC |
| brad@the702firm.com | 400 South 7th Street, Suite 300 |
| Joel S. Hengstler, Bar No. 11597 | Las Vegas, NV 89101 |
| joel@the702firm.com | |
| THE702FIRM | Neil K. Roman (Admitted *pro hac vice*) |
| 8335 West Flamingo Road | Edward H. Rippey (Admitted *pro hac vice*) |
| Las Vegas, NV 89147 | COVINGTON & BURLING LLP |
| Telephone: (702) 776-3333 | One CityCenter |
| | 850 Tenth Street, NW |
| | Washington, DC 20001 |
| Geoffrey Parker (Admitted *pro hac vice*) | |
| gparker@hiltonparker.com | Amanda Kramer (Admitted *pro hac vice*) |
| HILTON PARKER LLC | Harrison A. Newman (Admitted *pro hac vice*) |
| 7658 Slate Ridge Blvd. | COVINGTON & BURLING LLP |
| Reynoldsburg, OH 43068 | The New York Times Building |
| Telephone: (614) 992-2277 | 620 Eighth Avenue |
| | New York, NY 10018 |
| *Attorneys for Plaintiff Tyla D.* | *Attorneys for Defendant Boyd Gaming Corporation* |

By: /s/ Robert A. Ryan
Robert A. Ryan
robert@knightryan.com
KNIGHT & RYAN
8880 W Sunset Road, Suite 130
Las Vegas, NV 89148
Telephone: (702) 462-6083

Ellen E. Dew (admitted *pro hac vice*)
ellen.dew@us.dlapiper.com
DLA PIPER LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
Telephone: (410) 580-4127

*Attorneys for Defendants MGM Resorts International; Mandalay Resort Group, LLC; and MGM Grand Hotel, LLC*

3

PISANELLI BICE PLLC  
400 SOUTH 7TH STREET, SUITE 300  
LAS VEGAS, NEVADA 89101

|   |   |
|---|---|
| 1 | By: /s/ David S. Sager |
| 2 | Michael J. Gayan, Bar No. 11135 |
|   | m.gayan@kempjones.com |
| 3 | KEMP JONES, LLP |
|   | Wells Fargo Tower, 17th Floor |
| 4 | 3800 Howard Hughes Parkway |
|   | Las Vegas, NV 89169 |
| 5 | Telephone: (702) 385-6000 |

David S. Sager (admitted *pro hac vice*)
david.sager@dlapiper.com
DLA PIPER LLP (US)
51 John F. Kennedy Parkway Suite 120
Short Hills, NJ 07078
Telephone: (973) 520-2570

Kyle T. Orne (admitted *pro hac vice*)
dlaphx@us.dlapiper.com
DLA PIPER LLP (US)
kyle.orne@us.dlapiper.com
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
Telephone: (480) 606-5100

*Attorneys for Defendant Venetian Las Vegas Gaming, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 6, 2024

4

**CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that I am an employee of PISANELLI BICE PLLC and that, on this 6th day of December 2024, I caused to be served via the Court's CM/ECF system a true and correct copy of the above and foregoing **STIPULATION TO VACATE DEADLINE TO FILE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** to all persons registered for e-service in this matter.

                                  */s/ Cinda Towne*
                                  An employee of PISANELLI BICE PLLC