UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| TYLA D., | Case No.: 2:24-cv-00698-APG-BNW |
|---|---|
| Plaintiff | **Order Dismissing Remaining Claims** |
| v. | |
| MGM RESORTS INTERNATIONAL, et al., | |
| Defendants | |

Because plaintiff T.D. did not file an amended complaint by December 20, 2024, I decline supplemental jurisdiction over her remaining state law claims. *See* ECF No. 58 at 10.

I THEREFORE ORDER that plaintiff T.D.'s state law claims against defendants Boyd Gaming Corporation, MGM Resorts International, Mandalay Resort Group, LLC, and MGM Grand Hotel, LLC are dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 8th day of January, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE