**KEMP JONES, LLP**
Nathanael R. Rulis, Esq.
Nevada Bar No. 11259
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
n.rulis@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager *(Admitted pro hac vice)*
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2550 | F: 973.520.2551
david.sager@us.dlapiper.com

Kyle T. Orne *(Admitted pro hac vice)*
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
T: 480.606.5100 | F: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Defendant*
*Venetian Las Vegas Gaming, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TYLA D., pseudonymously,<br><br>  Plaintiff,<br><br>  v.<br><br>MGM RESORTS INTERNATIONAL; MANDALAY RESORT GROUP, LLC; MGM GRAND HOTEL, LLC; VENETIAN LAS VEGAS GAMING, LLC, and BOYD GAMING CORPORATION,<br><br>  Defendants. | Case No. 2:24-cv-00698-APG-BNW<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Please take notice that Michael J. Gayan, Esq. has disassociated from Kemp Jones, LLP. Mr. Gayan is no longer associated as counsel for Defendant Venetian Las Vegas Gaming, LLC and

1

current counsel is respectfully requesting that Mr. Gayan be removed from the service list for this matter.

Defendant Venetian Las Vegas Gaming, LLC continues to be represented by and Nathanael Rulis, Esq. at Kemp Jones, LLP and David Sager, Esq. and Kyle Orne, Esq. at DLA PIPER LLP (US).

DATED this 31st day of January, 2025.

Respectfully submitted,

**KEMP JONES, LLP**

By:/*s/ Nathanael R. Rulis*
Nathanael R. Rulis, Esq. (#11259)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

**DLA PIPER LLP (US**
David S. Sager *(Admitted pro hac vice)*
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 070798-2704

Kyle T. Orne *(Admitted pro hac vice)*
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016

*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 3, 2025

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January, 2025, I served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

                                                  */s/ Pamela McAfee*
                                                  An employee of Kemp Jones LLP